STATE OF CONNECTICUT *v.* NOEL MENDOZA

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 304 (AC 29547), is denied.

*Andrew S. Liskov*, special public defender, in support of the petition.

*Leonard C. Boyle*, deputy chief state's attorney, in opposition.

Decided March 25, 2010